IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SUSAN CASSIDY, AS NEXT FRIEND<br>OF ERNEST CASSIDY;<br>*Plaintiff*<br><br>-vs-<br><br>SAN ANTONIO GREENBAY, L.C.,<br>UNITED STATES OF AMERICA,<br>*Defendants* | § § § § § § § § § § § | SA-22-CV-00652-XR |

### FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Susan Cassidy, as Next Friend of Ernest Cassidy, shall take nothing by her claims against Defendants United States of America and San Antonio Greenbay, L.C., and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is so **ORDERED**.

**SIGNED** this 25th day of October, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE